IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DAMION LEWIS and DERRICK LEWIS,**  **PLAINTIFFS**
By and Through Their Conservator, **DIONNE LEWIS**

**vs.**  **CAUSE NO. 3:14cv450-TSL-JCG**

**HINDS COUNTY, MISSISSIPPI and**
**JOHN AND JANE DOES 1-100**  **DEFENDANTS**

**CONSOLIDATED WITH**

**SHANA BENNETT, Individually and as**  **PLAINTIFF**
**Personal Representative on Behalf of the**
**Wrongful Death Beneficiaries of**
**MARKUIEZE' CHE'ROD BENNETT**

**vs.**  **CAUSE NO. 3:14cv753-DPJ-JCG**

**HINDS COUNTY, MISSISSIPPI and**
**JOHN AND JANE DOES 1-100**  **DEFENDANTS**
_____

**NOTICE OF SERVICE OF DISCOVERY**
_____

**NOTICE** is hereby given that the undersigned counsel of record, on behalf of Defendant, Hinds County, Mississippi, has this day served the following discovery in the above-entitled actions:

1. *Responses to Plaintiffs' Third Set of Requests for Production.*

The undersigned retains the original of the above document as custodian thereof.

**RESPECTFULLY SUBMITTED,** this 15th day of April, 2015.

                                              **HINDS COUNTY, MISSISSIPPI –**
                                              **DEFENDANT**

                               **BY:**    */s/ Jason E. Dare*
                                       **JASON E. DARE**

OF COUNSEL:

J. Lawson Hester (MSB No. 2394)
lhester@wyattfirm.com
Jason E. Dare (MSB No. 100973)
jdare@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
Post Office Box 16089
Jackson, Mississippi  39236-6089
Telephone:     (601) 987-5300
Facsimile:      (601) 987-5353

**CERTIFICATE OF SERVICE**

      I, JASON E. DARE, hereby certify that on this day, I electronically filed the foregoing *Notice* with the Clerk of the Court using the ECF system, which sent a true of and correct copy of the pleading to the following:

    Charles Richard Mullins, Esq. (chuckm@coxwelllaw.com)
    Merrida P. Coxwell , Jr., Esq. (merridac@coxwelllaw.com)
    COXWELL & ASSOCIATES, PLLC
    P. O. Box 1337
    500 North State Street (39201)
    Jackson, MS 39215-1337

    Gerald A. Mumford, Esq. (gmumfordlaw@gmail.com)
    THE MUMFORD LAW FIRM, PLLC
    P. O. Box 683
    Jackson, MS 39205

**THIS,** the 15th day of April, 2015.

                                                                         /s/  Jason E. Dare
                                                                       **JASON E. DARE**