```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

DAMION LEWS AND DERRICK LEWIS                              PLAINTIFFS
BY AND THROUGH THEIR CONSERVATOR
AND ON BEHALF OF OTHER NAMED
PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:14CV450TSL-JCG

HINDS COUNTY, MISSISSIPPI                                  DEFENDANTS


## ORDER

This cause is before the court on the defendants' Rule 72(a) motion for review of Magistrate Judge John C. Gargiulo's March 10, 2015 order denying in part and granting in part plaintiffs' motion to continue. Having reviewed the motion and the memoranda submitted in support thereof and opposition thereto, together with the record in this case, the court concludes that the motion should be denied as the magistrate judge's decision denying in part and granting in part plaintiffs' motion to continue is neither clearly erroneous nor contrary to law. See Fed. Rule Civ. P. 72(a).

Based on the foregoing, it is ordered that plaintiff's motion for review of the magistrate judge's March 10 order denying in a part and granting in part plaintiffs' motion to continue is denied.

SO ORDERED this 20th day of April, 2015.

                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE