IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DAMION LEWIS and DERRICK LEWIS,**                                         **PLAINTIFFS**
By and Through Their Conservator, DIONNE LEWIS

**vs.**                                                                 **CAUSE NO. 3:14cv450-TSL-JCG**

**HINDS COUNTY, MISSISSIPPI and**
**JOHN AND JANE DOES 1-100**                                                **DEFENDANTS**

___

### STIPULATION OF DISMISSAL WITH PREJUDICE
___

NOW COME, Damion Lewis and Derrick Lewis, by and through their Conservator, Dionne Lewis, acting through her undersigned counsel of record; and Hinds County, Mississippi acting through its undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Damion Lewis and Derrick Lewis, by and through their Conservator, Dionne Lewis vs. Hinds County, Mississippi, et al*, bearing cause number 3:14cv450-TSL-JCG, including any and all claims which were or might have been encompassed therein against Hinds County, Mississippi by the Plaintiffs, are hereby dismissed with prejudice, with each party to bear their respective costs and attorneys' fees.

**SO STIPULATED**, this the 28th day of July, 2015.

                                            */s/ Charles Richard Mullins*
                                            CHARLES RICHARD MULLINS, ESQ.
                                            *Attorney for Plaintiffs*

                                            */s/ Jason E. Dare*
                                            JASON E. DARE, ESQ.
                                            *Attorney for Defendant*